■ PRATIK APPARELS, LTD., Appellant, v SHINTEX APPAREL GROUP, INC., et al., Defendants, and CLASSIC LOGISTICS, INC., Respondent. [931 NYS2d 531]—

"It is the obligation of the appellant to assemble a proper record on appeal, which must contain all of the relevant papers that were before the Supreme Court" (*Wen Zong Yu v Hua Fan*, 65 AD3d 1335 [2009]; *see* CPLR 5526; *Matter of Remy v Mitchell*, 60 AD3d 860 [2009]; *Cohen v Wallace & Minchenberg*, 39 AD3d 689 [2007]). Here, the record assembled on appeal, which did not include a copy of the complaint, is inadequate to enable this Court to render an informed decision on the merits. Accordingly, the appeal must be dismissed (*see Block 6222 Constr. Corp. v Sobhani*, 84 AD3d 1292 [2011]; *Emco Tech Constr. Corp. v Pilavas*, 68 AD3d 918, 918-919 [2009]; *Matter of Allstate Ins. Co. v Vargas*, 288 AD2d 309, 310 [2001]). Angiolillo, J.P., Leventhal, Austin and Roman, JJ., concur.